# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

**Julea Ward**,

      Plaintiff,

vs.

The Members of the Board of Control of
Eastern Michigan University—**Roy Wilbanks,
Floyd Clack, Gary D. Hawks, Philip A.
Incarnati, Mohamed Okdie, Francine
Parker, Thomas W. Sidlik**, and **James F.
Stapleton**—all in their individual and official
capacities; **Dr. Susan Martin**, in her
individual and official capacities as President
of Eastern Michigan University; **Dr. Vernon
Polite**, in his individual and official capacities
as Dean of the College of Education at Eastern
Michigan University; **Dr. Irene Ametrano**, in
her individual and official capacities as
Professor of Counseling at Eastern Michigan
University; **Dr. Perry Francis**, in his
individual and official capacities as Associate
Professor of Counseling at Eastern Michigan
University; **Dr. Gary Marx**, in his individual
and official capacities as Assistant Professor of
Educational Leadership at Eastern Michigan
University; **Paula Stanifer**, in her individual
and official capacities as Student Member of
the Formal Review Committee; **Dr. Yvonne
Callaway**, in her individual and official
capacities as Professor of Counseling at
Eastern Michigan University; **Dr. Suzanne
Dugger**, in her individual and official
capacities as Professor of Counseling at
Eastern Michigan University,

      Defendants.

Case No. 09-cv-11237

Hon. George Caram Steeh
Magistrate Judge Paul J. Komives

---

## DECLARATION OF DR. PERRY C. FRANCIS

EXHIBIT 3

I, DR. PERRY C. FRANCIS, submit this Declaration in support of Defendants' Brief in Opposition to Plaintiff's Motion for Preliminary Injunction.  I am over the age of 18 and am competent to testify to the facts stated herein.  All statements made herein are based upon my personal knowledge.

1.      My name is Perry C. Francis.

2.      I am a tenured faculty member at Eastern Michigan University ("EMU"), and an Associate  Professor in EMU's Department of Leadership and Counseling, teaching numerous courses in EMU's graduate counseling program (the "Program").  I also am the Coordinator of Counseling Services for the Program, which requires that I manage the Counseling Clinic of the EMU College of Education.  One of the components of the Counseling Clinic relates to clinical counseling by student Counselors-in-Training enrolled in the Practicum courses of the Program.

3.      Prior to coming to EMU, I also served in capacities including Interim Department Head of the Texas A&M University-Commerce Department of Counseling, and as Coordinator, School Counseling Program and Clinical Coordinator, School Counseling Practicum at Northwestern State University of Louisiana.

4.      I am a graduate of the University of Arizona, and received a Doctorate Degree in Counselor Education from the University of Northern Colorado.

5.      I also hold a Master's of Divinity Degree from Pacific Theological Seminary, and from 1983 until 1996, I served as Parish & Campus Pastor, in the Evangelical Lutheran Church in America, for church congregations in Fort Morgan, Colorado; Price, Utah; and Littleton, Colorado, and served in campus ministry at the University of Northern Colorado.  I remain active, in an unofficial leadership capacity, in the Lord of Light Lutheran Church Campus Ministry.

6.      Among the licenses and certifications that I hold are that of a Licensed Professional Counselor in the States of Michigan, Texas, and Louisiana, and a National Certified Counselor, certified by the National Board for Certified Counselors.  I have authored numerous, articles, book chapters, and other publications, and have conducted numerous presentations, workshops, and roundtables, on counseling-related issues.

7.      I have served in numerous leadership roles in national and state professional counseling associations and organizations, and am currently the Treasurer of the Michigan Counseling Association.

8.      My curriculum vita is attached hereto.

9.      I am named as a Defendant in this lawsuit brought by Julea Ward ("Ms. Ward").

10.      On January 26, 2009, I learned from the Counseling Clinic secretary that Ms. Ward had indicated that she needed to cancel a client appointment that was scheduled to take place within the hour.  I also learned from Ms. Ward's Practicum supervisor, Dr. Yvonne Callaway, that Ms. Ward had cancelled the appointment because she refused to counsel a homosexual client regarding the client's homosexual relationship.

11.      As a result of Ms. Ward's refusal to counsel the client, the Counseling Clinic was forced to call the client to cancel appointment, and to reschedule it to occur on another date, with another Counselor-in-Training.

12.      One of the Program's functions is to serve as a gatekeeper for the counseling profession.  As part of its gatekeeper function, the Program is responsible for ensuring that graduates of the Program have the requisite skills, knowledge base, and professional disposition, and that they are familiar with and will adhere in their professional conduct to the profession's standards of conduct and codes of ethics.

13.     An integral component of the Program and its curriculum therefore is comprised of the professional ethical codes, including the American Counseling Association's ("ACA") Code of Ethics and the American School Counselor Association's ("ASCA") Ethical Standards for School Counselors.

14.     The Program's Counseling Student Handbook ("Handbook") thus references, incorporates, and includes within it the entire text of, the ACA Code of Ethics and the ASCA Ethical Standards for School Counselors.

15.     The Handbook (and the ethical requirements contained within it) constitute an important part of the Program's curriculum, and is designed and enforced in part to ensure that clients' interests are protected and that the Program retains its accreditation through the Council for Accreditation of Counseling and Related Educational Programs.

16.     It is my understanding that Ms. Ward, at the time of the incident on January 26, 2009, Ward was enrolled in COUN 686, Counseling Practicum I ("Practicum"), a course that provides Counselors-in-Training with opportunities to work with diverse clients and client situations and to afford students a structured and supportive environment in which to apply counseling theories, techniques, and skills learned in previous coursework, in a real-life setting.

17.     Practicum utilizes a Practicum Manual that clearly and specifically requires that students abide by the ACA Code of Ethics, and adhere to the ethics of all professional associations, including the ACA and the ASCA.  The Practicum Manual also includes the full text of the ACA Code of Ethics.  Additionally, the Practicum Manual includes an Informed Consent & Disclosure form, which Counselors-in-Training must sign and provide to clients, that expressly requires students to adhere to the ACA Code of Ethics.

18.     It is my understanding that prior to the incident on January 26, 2009, Ms. Ward had counseled another client in the Counseling Clinic, and had signed and provided to that client the Informed Consent & Disclosure form, thereby acknowledging her obligation to adhere to the ACA Code of Ethics.

19.     One of the hallmarks of the counseling profession is the requirement that counselors must receive clients as they are, and work within the value system of the client, whatever it may be.  Counselors are not required or expected to "affirm" any behavior, but rather to work within the client's value system.

20.     Having participated in Ms. Ward's formal review, it is my understanding that, during her participation in Practicum, Ms. Ward adamantly indicated an unwillingness to abide by the hallmark of the counseling profession that required her to counsel within the value system of her clients, and that she refused to adhere to the applicable professional ethical codes and standards, including the ACA Code of Ethics and the ASCA Ethical Standards for School Counselors.

21.     It is my understanding and firm belief that Ms. Ward's dismissal from the Program was based solely on her conduct in refusing to counsel clients within the clients' own value systems, and in refusing to abide by the applicable codes of ethics, and was not in any way based on her religious or other beliefs or expressions.

22.     It is my understanding and experience that the Program has educated and graduated many students with strong religious (including Christian) backgrounds and beliefs, and that the Program's faculty similarly includes many persons of strong religious (including Christian) faith.

EXHIBIT 3

I declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on May 13, 2009, at Ypsilanti, Michigan.

_____

Perry C. Francis

## *PERRY C. FRANCIS, ED.D., LPC, NCC*

*EASTERN MICHIGAN UNIVERSITY*
*COLLEGE OF EDUCATION-CLINICAL SUITE &*
*DEPARTMENT OF LEADERSHIP & COUNSELING*
*PORTER BUILDING, SUITE 135*
*YPSILANTI, MICHIGAN 48197*
*CLINIC: 734.487.4410*
*FAX: 734.487.0028*
*PFRANCIS@EMICH.EDU*

*HOME:*
*6327 OAKHURST DR.*
*YPSILANTI, MI 48197*
*HOME: 734.484.2262*
*CELL: 734.945.6447*
*PCFRANCIS@SBCGLOBAL.NET*
*WEBSITE:PEOPLE.EMICH.EDU/PFRANCIS/*

### EDUCATION

| Graduation Date | Degree | Institution |
|---|---|---|
| 1997 | Doctor of Education (Ed.D.)<br>Counselor Education | University of Northern Colorado<br>Division of Professional Psychology<br>Greeley, Colorado<br>(CACREP Accredited) |

Area of Study: Supervision, Marriage & Family Counseling, Community Counseling
Dissertation: Narcissist & Spiritual Well-Being Measures of Lutheran Clergy Who Have Committed Sexual Misconduct

| | | |
|---|---|---|
| 1982 | Masters of Divinity | Pacific Lutheran Theological Seminary<br>Berkeley, California |
| 1978 | Bachelor of Arts<br>Major: Psychology | University of Arizona<br>Tucson, Arizona |

### HONORS AND AWARDS

| | |
|---|---|
| 2008 | American College Counseling Association, Professional Leadership Award |
| 2003 | American College Counseling Association, Professional Leadership Award |
| 1997 | Graduate Dean's Citation for Excellence, University of Northern Colorado |
| 1996 | Outstanding Doctoral Student, Association for Counselor Education & Supervision, Doctoral Interest Network |

### CERTIFICATIONS & LICENSURE

| | |
|---|---|
| National Certified Counselor | National Board for Certified Counselors, Certificate #47164 |
| Licensed Professional Counselor-Supervisor | State of Texas, License #1911 |
| Licensed Professional Counselor | State of Michigan, License #6401009727<br>State of Texas, License #16872<br>State of Louisiana, License #2163 |
| Authorized Trainer<br>Assessing & Managing Suicide Risk<br>Core Competencies for University & College<br>Mental Health Providers | Suicide Prevention Resource Center<br>Education Development Center<br>http://www.sprc.org/ |
| Certified Trainer<br>Aggression Manager | Center for Aggression Management<br>www.aggressionmanagement.com/ |

EXHIBIT 3

Perry C. Francis                                                                                    Page 2

| | UNIVERSITY TEACHING EXPERIENCE |
|---|---|

| Years | Position & Organization | |
|---|---|---|
| **8/05 to Present** | **Associate Professor of Counseling (Tenured 2007)**<br>Eastern Michigan University<br>College of Education<br>Department of Leadership & Counseling<br>Ypsilanti, Michigan | |
| | Master's Level | |
| | Courses Taught: | Ethical, Legal, and Professional Issues in College Counseling<br>Helping Relationships: Basic Concepts & Services<br>Human Growth & Development for Counselors<br>Theories of Counseling<br>Counseling Research<br>Group Process I |
| **8/00 to 8/05** | **Associate Professor of Counseling (Tenured 2005)**<br>**Assistant Professor of Counseling**<br>Texas A&M University-Commerce<br>College of Education & Human Services<br>Department of Counseling<br>Commerce, Texas | |
| | Undergraduate Level | |
| | Courses Taught: | Field Observation and Participation |
| | Master's Level | |
| | Courses Taught: | Introduction to the Counseling Profession<br>Theories of Counseling<br>School Counseling and Development<br>Pre-Practicum in Counseling<br>Group Process in Counseling & Development<br>Research Literature & Techniques<br>Practicum<br>Internship |
| | Doctoral Level | |
| | Courses Taught: | Introduction to Marriage & Family Counseling/Therapy<br>Ethics & Professional Development (On-Line) |
| **6/98 8/00** | **Assistant Professor of Counseling**<br>College of Education<br>Northwestern State University of Louisiana<br>Natchitoches, Louisiana | |
| | School Counseling Program: | |
| | Courses Taught: | Group Process<br>Theories of Counseling<br>Career and Lifestyle Planning<br>Procedures in Family Counseling<br>Multicultural & Diverse Populations<br>Dynamics of the Counseling Process<br>Educational Research and Evaluation |

Perry C. Francis                                                                    Page 3

                                                        Dynamics of Human Growth and Development
Supervised Experience in School Counseling (Practicum)
Organizational Behavior & Leadership in School Counseling

Student Personnel Services Program

Courses Taught:        Supervised Experience/Practicum

Other:

- Received training to teach courses via compressed video format
- Taught courses via compressed video (Organization & Leadership Course)
- Instituted regular advising presentation for all beginning classes (Theories, Dynamics, & Organization) to raise student awareness of program requirements
- Instituted regular advising hours at off campus locations

**1995-1997**   **Teaching Assistant/Pre-doctoral Intern/Instructor**
College of Education
University of Northern Colorado
Greeley, Colorado

Division of Professional Psychology:

Master's Level

Courses
Co-Taught:             Theories of Personality (Teaching Assistant)
                       Family Systems (Teaching Assistant)

Courses:               Practicum in Individual Counseling (M.A. level)
                       (Part of pre-doctoral internship)
                       Independent Practicum: Individual Counseling (M.A. level)
                       (Instructor)

Division of Educational Leadership:

Undergraduate Level

Courses:               Human Values (Instructor)

**1995-1998**   **Teaching Assistant/Instructor**
College of Continuing Education
University of Northern Colorado
Greeley, Colorado

Off Campus Program:

Master's Level

Courses

Co-Taught:             Practicum in Individual Counseling (Masters level/Teaching Assistant)
Courses:               Group Lab Experience (Instructor)

| UNIVERSITY EXPERIENCE (PROGRAM & CLINICAL COORDINATION) |
| --- |

Years          Position & Organization

**8/05 to**      **Coordinator of Counseling Services**
**Present**      **College of Education Clinical Suite – Counseling Clinic**
                 Eastern Michigan University
                 College of Education

Perry C. Francis                                                    Page 4

Department of Leadership & Counseling
Ypsilanti, Michigan

- Facilitate Counseling Clinic orientations
- Manage the marketing of Counseling Clinic services to the campus and surrounding communities
- Participate in and manage the intake process involving screening, evaluation and placement of prospective clients
- Provide emergency supervision services related to client crises as they arise during sessions (not 24-7) and coordinate the on-call schedule
- Manage the database of clinical services provided by the COE Counseling Clinic
- Work with COE Clinical Suite Secretary to manage the COE Counseling Clinic Budget
- Establish and maintain file management procedures
- Monitor and maintain clinic resource materials and test protocols
- Conduct outcome research
- Receive and process practicum and internship applications
- Maintain contact as-needed with internship site supervisors
- Work in conjunction and collaboration with other clinic supervisors within the COE Clinical Suite

**7/03 to**      **Interim Department Head**
**6/04**          Department of Counseling
College of Education
Texas A&M University-Commerce
Commerce, Texas

- Management responsibilities for academic programs, 14 faculty, and students of CACREP accredited masters and doctoral counselor education program
- Co-Create plan for the recruitment of new doctoral and master's level students
- Manage search for faculty vacancy

**1/99**          **Coordinator, School Counseling Program**
**8/00**          College of Education
Northwestern State University of Louisiana
Natchitoches, Louisiana

- Recruit & advise new students
- Assign academic advisors for all incoming M.Ed. school counseling students
- Created and maintain School Counselor Program website
- Created and maintain school counseling advising workbook to facilitate student responsibility for course work and faculty advising
- Schedule courses for both on campus (Natchitoches) and off campus sites (Leesville & Alexandria)
- Created a new course rotation for both on and off campus (Leesville & Alexandria) programs to facilitate education and movement through the program in a timely fashion
- Consult with local school boards concerning school counselor education

**1/99**          **Clinical Coordinator, School Counseling Practicum**
**8/00**          College of Education
Northwestern State University of Louisiana
Natchitoches, Louisiana

- Revised counselor-in-training practicum application process
- Review all student practicum applications
- Recruit and approve all practicum sites
- Communicate with all practicum site supervisors concerning training

Perry C. Francis                                                                    Page 5

---

**CLINICAL STYLE**

My clinical style draws from a variety of approaches. I find myself philosophically aligned with the humanistic/existential style of treatment with an emphasis on warmth, compassion, empathy, unconditional positive regard, individual choice and personal responsibility. This approach is tailored to the client's needs and comfort level in the relationship with the therapist. From a practice standpoint I use a CBT approach that can be tailored to fit the brief models and time limited modalities common in many college counseling centers.

---

**CLINICAL EXPERIENCE**

| Years | Position & Organization |
|---|---|
| 5/09 to Present | **Behavioral Mental Health Consultation Team Member** <br> The National Center For Higher Education Risk Management <br> Malvern, Pennsylvania |
| 6/03 to 8/05 | **Staff Counselor** <br> Community Counseling & Psychological Services Clinic <br> Dept of Counseling & Dept of Psychology & Special Education <br> Texas A&M University-Commerce |
| 1/99 to 8/00 | **Licensed Professional Counselor** <br> Private Practice (part-time) Individual & Marriage & Family Counseling <br> Natchitoches, Louisiana |
| 9/98 to 5/00 | **Volunteer School Counselor** <br> Northwestern State University <br> Elementary Laboratory School <br><br> Provided developmental guidance and counseling services to the elementary laboratory school at NSU. Services included individual, group, and classroom counseling and guidance, consultation with teachers and staff, parent/guardian consultation. (Services provided on call & one day per week.) |
| 1/98 to 5/98 | **Interim Senior Staff Psychologist** <br> University of Northern Colorado <br> Counseling Center <br><br> Provided counseling, clinical consultation and educational services to the university community. Participated in training program for masters and doctoral level interns. |
| 9/97 to 1/98 | **Post-Doctoral Intern—School Counselor** <br> Shawsheen Elementary School <br> Greeley, Colorado <br><br> Provided school-counseling services to students under the direction of school facilitator. Supervisor: R. Brett Nelson, Ph.D., Licensed Psychologist, School Facilitator |
| 8/96 to 6/97 | **Pre-Doctoral Internship** <br> Weld Mental Health <br> Greeley, Colorado <br><br> Provided individual, couples, and family outpatient therapy. Provided group therapy for Specialized Support Services Program (partial hospitalization program for the chronically mentally ill) and the Acute Treatment Inpatient Program. Provided intake and evaluation services. Supervisor: Linda Baum, Ed.D., Licensed Psychologist |

Perry C. Francis                                          Page 6

| 9/91 to 5/96 | **Campus Pastor/Counselor**<br>Lutheran Campus Ministry (ELCA)<br>University of Northern Colorado<br>Greeley, Colorado |
|---|---|

Provided individual, family, and marriage counseling to students, staff, and faculty from the university community. Supervisor: Nancy Turner, Ed.D., LPC, NCC

| 1994 | **Consultant**<br>Resonance Consulting<br>Greeley, Colorado |
|---|---|

Provided consultation services to community human services agencies. Supervisor: Ellis Copeland, Ph.D., Licensed Psychologist

## NON-ACADEMIC PROFESSIONAL EXPERIENCE

<u>Years</u>          <u>Position & Organization</u>

**1983-1996      Parish & Campus Pastor**
Evangelical Lutheran Church in America

General pastoral duties for congregations in Fort Morgan, Colorado; Price, Utah, and Littleton, Colorado. Campus ministry at the University of Northern Colorado.

## UNIVERSITY SERVICE

Eastern Michigan University

    Division of Student Affairs

        2008          Search Committee-Director of Students with Disabilities Office

    Snow Student Counseling Center

        2008          External Interview Committee for 2 staff vacancies
        2007          External Interview Committee for Director vacancy

    College of Education

        Committee Assignments:
        2008 – 2010          Committee on Professional & Affiliated Programs
        2008 – 2010          Human Subjects Review Committee
        2007 – 2009          Field Experiences Advisory Committee

    Department of Leadership & Counseling

        Committee Assignments:
        2007 – 2009          COE & Department Personnel Committee
        2007 – 2009          Department Technology Committee
        2007 – 2009          Counseling Program Formal Review Committee
        2005 – 2007          Department Instruction Committee

        Coordination:
        2006 – Present    College Counseling Emphasis Area

Texas A&M University-Commerce (2000 – 2005)

    University Wide

        Faculty Development Committee (2003 – 2005)

Perry C. Francis                                                    Page 7

College of Graduate Studies & Research

    Advisor, Doctoral Student Association (2003 – 2005)

College of Education & Human Services
Department of Counseling

    Committee Assignments:
        Chair, Doctoral Admissions Committee (Summer & Fall 2004)
        Integrated Clinic Committee (2003-2004) (Created integrated counseling clinic with
        Departments of Psychology/Special Education and Social Work)
        Department Joint Clinic Oversight Committee (2004-2005)
        Masters/Doctoral Recruitment Committee (2003 – 2005)
        Master's Oral Exam Committee (2002 – 2004)
        Master's Admission Committee (2001 – 2003)
        Search Committee Chair-Faculty Search II (2001 – 2002)

    Coordination:
        Doctoral Comprehensive Exam Coordinator (2005)
        Chair, Murphy Day Continuing Education Conference (2002, 2003, 2004)
        Chair, Best Practices in School Counseling Conference (2004)
        Undergraduate Program (2000 – 2005)
            Advise all undergraduate majors & minors
            Supervise Teaching Assistants for Undergraduate Program (2000 – 2003)
        Doctoral Exam Area—Research (2001 – 2003)
        Department Website Manager (2000 – 2003)
            Oversee the department website. Revise website as needed.
        Doctoral Exam Minor Coordination (2000 – 2002)

    Dissertation Committees:
        Member of Mustafa Baloglu Dissertation Committee
        Awarded Dissertation of the Year (2002)

## PROFESSIONAL ASSOCIATION MEMBERSHIP

American Counseling Association:

    American College Counseling Association
    Association for Counselor Education and Supervision

Michigan Counseling Association:

    Michigan College Counseling Association
    Michigan Association for Counselor Education and Supervision

## PROFESSIONAL ASSOCIATION PARTICIPATION

National Service:

    American Counseling Association:

| | |
|---|---|
| 2008 | 20/20 Future of Counseling Task Force |
| 2002-2005 | Strategic Planning Committee |
| 2002 | Program Reviewer – 2003 ACA Convention-Anaheim, California |

    American College Counseling Association:

| | |
|---|---|
| 2007-2008 | Chair: Management Options (Blue Ribbon) Committee |
| 2003 | Program Reviewer – 2004 ACCA Convention-Biloxi, Mississippi |
| 2001-2009 | Editorial Review Board Member – Journal of College Counseling |

| 2001-2003 | Membership Chair |
| 1999-2002 | President-Elect, President, Past-President |
| 1999-2001 | Research Grant Committee Chair |
| 1996-1999 | Member at Large, Executive Board |

State Service:

Michigan Counseling Association

| 2006-Present | Treasurer |
| 2008-Present | Editorial Review Board Member – Michigan Journal of Counseling: Theory, Research, & Practice |

Texas Counseling Association:

| 2004-2005 | School Counselors Issues, Advocacy, and Public Policy Committee |
| 2002-2004 | Ethics Committee |

Texas College Counseling Association:

| 2003-2005 | President-elect, President |
| 2003-2004 | Chair-Research Awards Committee |

## PUBLICATIONS (JOURNAL ARTICLES)

Juried:

**Francis, P. C.** & Abbassi, A. (in press). Ethical issues and considerations for working with community college students with severe and persistent mental disorders on a college campus. *Community College Journal of Research and Practice.*

Freeman, S. J. & **Francis, P. C.** (2006). Casuistry: A complement to principle ethics and a foundation for ethical decisions. *Counseling and Values, 50*(2), 142-153.

**Francis, P. C.** & Stacks, J. (2003). The association between spiritual well-being and clergy sexual misconduct. *Journal of Religion and Abuse: Advocacy, Pastoral Care, and Prevention, 5*, 79-100.

**Francis, P. C.** (2003). Developing ethical institutional policies and procedures for working with suicidal students on a college campus. *Journal of College Counseling, 6*(2), 114-123.

Wright-Bailey, L. A., **Francis, P. C.,** & Christensen, P. C. (2002). A survey of gang prevention and intervention programs in four rural Louisiana school districts. *Louisiana Journal of Counseling, (X),* 1-18.

**Francis, P. C.** & Baldo, T. D. (1998). Narcissistic measures of Lutheran clergy who self-reported committing sexual misconduct. *Pastoral Psychology, 47*, 81-96.

Softas-Nall, B. & **Francis, P. C.** (1998). A case study: A solution focused approach to a family with a suicidal member. *The Family Journal: Counseling and Therapy for Couples and Families 6*, 226-230.

Softas-Nall, B. & **Francis, P. C.** (1998). A solution focused approach to suicide assessment and intervention with families. *The Family Journal: Counseling and Therapy for Couples and Families, 6,* 64-66.

**Francis, P. C.** & Turner, N. R. (1997). Employment opportunities in higher education for counselor educators for the next five years at CACREP accredited institutions. *Journal for the Professional Counselor, 12*, 67-74.

**Francis, P. C.** & Turner, N. R. (1995). Sexual misconduct within the Christian Church:  Who are the perpetrators and those they victimize? *Counseling and Values, 39*, 218-227.

## PUBLICATIONS (BOOK CHAPTERS/CASE STUDIES)

**Francis, P. C.** (in press). Professional student affairs practitioners: History, models, and trends. In S. G. Niles (Ed.) *Joining the Counseling Profession: Developing Your Identity as a Professional Counselor.* Boston: Lahaska Press.

**Francis, P. C.** (2009). Counseling issues of college students. In M. A. Stebnicki & I. Marini (Eds.) *Professional Counselor's Desk Reference* (pp. 747-756). New York: Springer Publishing Co.

**Francis, P. C.** (2009). Religion & spirituality in counseling. In M. A. Stebnicki & I. Marini (Eds.) *Professional Counselor's Desk Reference* (pp. 839-850). New York: Springer Publishing Co.

Abrams, L., **Francis, P. C.,** & Remley, T. P. (2008). Due process vs. duty to serve: Three for the road. In L. E. Tyson, J. R. Culbreth, & J. A. Harrington, (Eds) *Critical Incidents in Clinical Supervision* (pp. 109-114). Alexandria, VA: American Counseling Association.

Wester, K. L., Herlihy, B. R.,  **Francis, P. C.,** & Kaplin, D. M. (2004). Dual relationships "I think I know you."  In L. E. Tyson, R. Perusse, and J. Whitledge (Eds.), *Critical incidents in group counseling* (p. 39-46). Alexandria, VA: American Counseling Association.

**Francis, P. C.** (2000). Practicing ethically as a college counselor. In D.C. Davis & K.M. Humphrey (Eds.), *College counseling: Issues and strategies for a new millennium.* Alexandria, VA:  American Counseling Association.

## PUBLICATIONS (CONTINUING EDUCATION UNITS)

**Francis, P. C.** & Raleigh, M. J. (2005). *Ethical and Policy Issues When Dealing with Suicidal Behavior on the College Campus.* ProfessionalCEU.com. (http://professionalceu.com).

## PUBLICATIONS (WEB COLUMNS/NEWSLETTERS)

Crisp, D., Laves, K., Manley, E., Mohon, E., Pierce, B., **Francis, P.,** VanBrunt, B. (2008). Campus response to a student death. *Student Affairs Leader 36*(18). Madison, WI: Magna Publications.

**Francis, P. C.** (Summer, 2006). ACCA continuing education. *Visions, 13*(1), 9.

**Francis, P. C.** (September, 2003). Virtual counseling and the college counseling center. *Ethical Issues in College Counseling: Common and Not So Common Issues We All Face.* American College Counseling Association Webpage (September, 2003 [http://www.collegecounseling.org/resources/index.html]).

**Francis, P. C.** (May, 2002). Professional roles, competence, and working with other professionals. *Ethical Issues in College Counseling: Common and Not So Common Issues We All Face.* American College Counseling Association Webpage (June, 2002 [http://www.collegecounseling.org/resources/index.html]).

**Francis, P. C.** (October, 2001). Severe mental illness and campus services. *Ethical Issues in College Counseling: Common and Not So Common Issues We All Face.* American College Counseling Association Webpage (October, 2001 [http://www.collegecounseling.org/resources/index.html]).

Perry C. Francis                                                    Page 10

**Francis, P. C.** (February, 1997). Campus ministry professionals in college counseling Part II—Campus ministry professional and college counselors: Working together. *Visions, 5*(1), 12.

**Francis, P. C.** (October, 1996). Campus ministry professionals in college settings: Who are these people and how can college counselors work with them? Part I: Who are these people? *Visions, 4*(2/3), 15.

---

## PRESENTATIONS (INTERNATIONAL/NATIONAL)

Juried:

**Francis, P. C.** (2008, March). *Working with the Confusing Legal, Ethical, & Treatment Issues Concerning Suicidal & Violent Clients on a College Campus.* Presentation made at the American Counseling Association Annual Convention, Honolulu, HI.

**Francis, P. C.** & Raleigh, M. J. (2008, February). *Current issues in ethics, suicide, & the college counselor.* Presentation made at the 4th bi-annual convention of the American College Counseling Association, Savannah, GA.

Phillips, M. J., **Francis, P. C.**, & Strole, J. (2008, February). *Life skills coaching in the college setting.* Presentation made at the 4th bi-annual convention of the American College Counseling Association, Savannah, GA.

Abrahams, S., **Francis, P. C.**, & Armstrong, S. A. (2007, March). *Post-graduate supervisee ethical behavior: Implications for practice and education.* Presentation made at the American Counseling Association Annual Convention, Detroit, MI.

**Francis, P. C.** & Van Brunt, B. (2006, October). *Ethics practice in using assessments and evaluations in a college setting.* Presentation made at the 3rd bi-annual convention of the American College Counseling Association, Reno, NV.

**Francis, P. C.** & Raleigh, M. J. (2004, March). *Working with suicidal students on the college campus: Ethical policies and procedures.* Presentation made at the 2nd Bi-Annual meeting of the American College Counseling Association, Biloxi, Mississippi.

Callicutt, A., **Francis, P. C.**, Kruse, T., Doughty, E. A., & Blair, M. (2003, March). *Teaching assistant supervision group-guidance and instruction on teaching for graduate teaching assistants.* Presentation made at the 2003 American Counseling Association Annual Conference, Anaheim, CA.

**Francis, P. C.** & Hendricks, M. L. (2002, October). *Teaching about white privilege in a multicultural class: A black and white lesson.* Presentation made at the 2002 Association for Counselor Education and Supervision Convention, Park City, Utah.

Kruse, T. & **Francis, P. C.** (2002, October). *A review of LPC supervisor adherence to ethical guidelines regarding supervisor competence and experience.* Presentation made at the 2002 Association for Counselor Education and Supervision Convention, Park City, Utah.

**Francis, P. C.** (2002, February). *Ethical dilemmas in college counseling.* Presentation made at the 2002 American College Counseling Association Conference, St. Simon's Island, Georgia

**Francis, P. C.** & Robinson, C. R. (2002, February). *Informing Practice with Current Research and Innovation: Collaborating for a Brighter Future of the Journal of College Counseling.* Presentation made at the 2002 American College Counseling Association Convention, St. Simon Island, GA.

**Francis, P. C.** (2001, June). *Ethical issues between the counseling center and university administration: What are they and how do you handle them?* Presentation made at the Canadian Association of College and University Student Services Annual Conference, Montreal, Canada.

**Francis, P. C.** (1998, April). *Solution focused interventions in suicide assessment and prevention with families.* Presentation made at the American Counseling Association World Conference, Indianapolis, IN.

**Francis, P. C.** (1997, April). *Clergy sexual misconduct: Profiles of the perpetrators in our midst.* Presentation made at the Christian Association for Psychological Studies Annual Conference, Seattle WA.

**Francis, P. C.** & Turner, N. R. (1996, October). *Employment opportunities for counselor educators for the next five years.* Presentation made at the Association for Counselor Education and Supervision Convention, Portland, OR

---

**PRESENTATIONS (REGIONAL/STATE)**

Juried:

**Francis, P. C.** & Van Brunt, B. (2009, January). *Aggression management in the college setting.* Presentation made at the 15th annual meeting of the Georgia College Counseling Association, St. Simon Island, GA.

**Francis, P. C.** & Raleigh, M. J. (2009, January).  *Working with the new veterans from Iraq & Afghanistan.* Presentation made at the 15th annual meeting of the Georgia College Counseling Association, St. Simon Island, GA.

**Francis, P. C.** (2008, October). *Aggression prevention & management: What every counselor should know.*  Presentation made at the Michigan Counseling Association Annual Conference, Dearborn, MI.

**Francis, P. C.** (2007, January). *Coaching, counseling, and ethics: differences and similarities.* Presentation made at the 14th annual meeting of the Georgia College Counseling Association, St. Simon Island, GA.

**Francis, P. C.** (2006, February). *Ethical practice for religious/spiritual issues in counseling.* Presentation made at the 13th annual meeting of the Georgia College Counseling Association, St. Simon Island, GA.

**Francis, P. C.** & Freeman, S. J. (2005, February). *Ethics in assessment, evaluation, and mental status.* Presentation made at the 12th annual meeting of the Georgia College Counseling Association, St. Simon Island, GA.

**Francis, P.C.** (2004, November). *TCCA-Hot Topics in college counseling.* Panel discussion and ethics presentation for Texas College Counseling Association presented at the Annual Convention of the Texas Counseling Association, Fort Worth, TX.

**Francis, P. C.** (2004, February). *Ethics and working the seriously mentally ill college student.* Presentation made at the 11th annual meeting of the Georgia College Counseling Association, St. Simon Island, GA.

**Francis, P. C.** & Raleigh, M. J. (2003, February). *Ethical policies and procedures for working with suicidal students.* Presentation made at the 10th annual meeting of the Georgia College Counseling Association, St. Simon Island, GA.

Erdman, P. E., **Francis, P. C.,** Lampe, R. L. (2002, November). *School counselors and administrators: Creating a new paradigm.* Presentation made at the Texas Counseling Association Professional Growth Conference, Austin, Texas.

**Francis, P. C.** & Hendricks, M. L. (2002, November). *Ethical issues in suicide prevention and treatment on college campus.* Presentation made at the Texas Counseling Association Professional Growth Conference, Austin, Texas.

**Francis, P. C.** (2001, November). *Ethical issues of counseling centers and university administrations: A study of conflicts.* Presentation made at the Texas Counseling Association Professional Growth Conference, Dallas, Texas.

**Francis, P. C.** (2001, February). *Ethical issues in the practice of supervision.* Presentation made at the 2001 Southern Association for Counselor Education and Supervision Conference, Athens, Georgia.

**Francis, P. C.** (1999, October). *Working from a solution focused view with at-risk clients.* Presentation made at the Louisiana Counseling Association Conference, Baton Rouge, LA.

**Francis, P. C.** (1998, March). *Solution focused suicide intervention on campus.* Presentation made at the Louisiana College and University Student Personnel Association Annual Conference, Pineville, LA.

Softas-Nall, B., **Francis, P. C.,** & Jackson, S. M. (1996, April). *Transition issues from individual to family supervision.* Presentation made at the Colorado Association for Marriage and Family Therapy, Denver, CO.

---

**PRESENTATIONS – POSTERS & ROUNDTABLES (NATIONAL)**

Juried:

Abrahams, S. & **Francis, P. C.** (2005, October). *Post-graduate supervisee ethical behavior: Implications for practice and education.* Roundtable at the 2005 Association for Counselor Education and Supervision Convention, Pittsburgh, PA.

**Francis, P. C.** & Doughty, E. A. (2003, March). *How integrated is the religious/spiritual counseling dimension in CACREP programs.* Poster presentation at the 2003 American Counseling Association Annual Conference, Anaheim, CA.

Kruse, T. D. & **Francis, P. C.** (2003, March). *LPC supervisor adherence to ethical guidelines regarding competence and experience.* Poster presentation at the 2003 American Counseling Association Annual Conference, Anaheim, CA.

**Francis, P. C.** & Hendricks, M. L. (2002, April). *Measures of spiritual well-being of clergy who commit sexual misconduct.* Poster session presented at the 2002 Annual Convention of the Christian Association for Psychological Studies, Arlington Heights, IL.

**Francis, P. C.** (2002, March) *Spiritual well-being of clergy who commit sexual misconduct: Issues for counselors.* Poster session presented at the 2002 American Counseling Association Annual Conference, New Orleans, Louisiana.

**Francis, P. C.,** Pearson, F, Bowman R, & Spooner, S. (1999, October). *The role of student affairs preparation programs in counselor education departments: A roundtable discussion.* Panel discussion convened at the Association for Counselor Education and Supervision Convention, New Orleans, LA.

Perry C. Francis

| | **PRESENTATIONS – POSTERS (REGIONAL/STATE)** |
| --- | --- |

Juried:

> **Francis, P. C.** & Softas-Nall, B. C. (1998, May). *Solution oriented skills in suicide assessment*. Poster session presented at the Annual Conference of the Colorado Association for Marriage and Family Therapy, Denver, CO.

| | **INVITED PAPERS/PRESENTATIONS** |
| --- | --- |

> **Francis, P. C.** & Raleigh, M. J. (2007, March). *Ethics, suicide, and the college counselor.* Invited paper for the American College Counseling Association presented at the meeting of the American Counseling Association, Detroit, MI.

> **Francis, P. C.** (2006, November). *An ethics update.* Invited presentation for the Michigan Counseling Association Leadership Development Conference, Lansing, MI.

> **Francis, P. C.** (2005, December). *Ethics & career/life coaching: Identifying & addressing the issues.* Invited presentation for annual meeting of the Mid-Atlantic Career Counselors Association, Lancaster, PA.

> **Francis, P. C.** & Raleigh, M. J. (2004, April). *Working with suicidal students on campus: Creating ethical policies and procedures for the counseling center.* Invited paper for American College Counseling Association presented at the Annual Convention of the American Counseling Association, Kansas City, MO.

> **Francis, P. C.** (2002, December). *Keynote Conference Presentation: Ethical implications of the changing role of college counseling in student development.* New Jersey Community College Counseling Association Annual Conference, Newark, NJ.

> **Francis, P. C.** (2001, February). *Keynote Address: Telling our story in college counseling.* Presented at the Georgia College Counseling Association 8[th] Annual Convention, St. Simons Island, GA.

| | **WORKSHOPS** |
| --- | --- |

> **Francis, P. C.** *Assessing & Managing Suicide Risk: Core Competencies for University & College Mental Health Providers.*
> May, 2009:  Workshop provided for the Jed Foundation at University of the Sciences, Philadelphia
> June, 2008:  University of North Carolina-Upland Counseling Center.
> April, 2008:  Western Kentucky University Counseling and Testing Center.
> February, 2008:  Preconference Workshop, 4[th] bi-annual convention of the American College Counseling Association, Savannah, GA.
> September, 2007:  Eastern Michigan University, Chi Sigma Iota/Pi Omega Chapter (Counseling Honorary Society) Continuing Education Workshop, Ypsilanti, MI.

> **Francis, P. C.** (2009, April). *Legal and ethical concerns facing counselors.* Macomb Counseling Association annual meeting, Clinton Township, Michigan.

> Van Brunt, B. & **Francis, P. C.** (2009, March). *Aggression management training for student affairs professionals.* Pre-Convention workshop for the American College Personnel Association annual convention, Washington, D.C.

> **Francis, P. C.** (2007, June). *Transition skills: Identifying skills for a job search.* Career Change Boot Camp (Sponsored by Michigan Works!: Washtenaw County Workforce Development & Community Action Boards – Employment Training & Community Services Group, Ypsilanti, MI).

**Francis, P. C.**, Raleigh, M. J., & Meunier, L. H. (2006, June). *Suicide on the College Campus: Issues of Treatment, Intervention, Policy, and Law.* Pre-conference workshop presented for the Counseling Centers of New York 24th Annual Conference, Troy, NY. (Sponsored by the American College Counseling Association.)

Armstrong, S. A. & **Francis, P. C.** (2004, February). *School counselor supervisor training.* Dallas Independent School District, Dallas, TX.

**Francis, P. C.** & Callicut, A. N. (2003, April). *Dealing with Suicide: Ethics, Assessment, & Interventions.* Northeast Texas Counseling Association, Paris, Texas

Erdman, P. E. & **Francis, P. C.** (2003, January). *The school counselor legal & ethical summit: Navigating through ethical and legal dilemmas.* American School Counselor Association & Huntington Learning Center, Addison, Texas

**Francis, P. C.** (2002, October). *Ethical issues for school and college counselors.* Texoma Counseling Association & Texoma Counselor Network, Sherman, Texas.

**Francis, P. C.** (2002, October). *Legal and ethical issues in providing services to school-aged parents.* Dallas Independent School District-Teen Pregnancy and Parenting Programs, Dallas, Texas

**Francis, P. C.** (2001, October). *Working together ethically: school and community counselors working with families and children.* Texoma Counseling Association, Sherman, Texas.

**Francis, P. C.** (2000, October). *Suicide assessment and intervention.* Northeast Texas Counseling Association, Paris, Texas.

**Francis, P. C.** & Christensen, P. (1998, March). *Implementing a comprehensive developmental elementary school counseling program.* Rapides School Counselors Association, Alexandria, LA.

Davies, A. M. & **Francis, P. C.** (1996, April). *Gender aggression workshop.* University of Northern Colorado, Greeley, CO.

**Francis, P. C.** (1996, March). *Counseling those with rigidly held religious beliefs.* Training presented at Weld Mental Health, Greeley, CO.

Lawler, F., **Francis, P. C.** & Turner, N, (1995, February). *Date rape II: What's happening on campus.* University of Northern Colorado, Sexual Assault Awareness Week.

Bostwick, T., Turner, N. & **Francis, P. C.** (1994, February). *Date rape: What's happening and why.* University of Northern Colorado, Sexual Assault Awareness Week.

---

## ANCILLARY EVENTS

**Francis, P. C.** (2001, March). *Forum on the future of college counseling.* (Chair) Ancillary Event for the American College Counseling Association at the American Counseling Association 2001 Convention, San Antonio, Texas.

---

## GRANTS

2004        Faculty Development Travel Grants—Texas A&M University – Commerce. Awarded a $400 grant for travel for the purpose of making presentations.

Perry C. Francis                                                              Page 15

2002    Faculty Development Travel Grants—Texas A&M University – Commerce. Awarded a $500
        grant for travel for the purpose of making presentations.

2001    Faculty Development Travel Grants—Texas A&M University – Commerce. Awarded two $500
        grants for travel for the purpose of making presentations.

1999    Student Technology Fee Allocation Grant—Northwestern State University of Louisiana. Total
        funds allocated:  $6,149. Project funded:  The funds purchased a Dell notebook computer and In-
        Focus projector for use by the students and faculty when making presentations.

Perry C. Francis                                                                                    Page 16

| PUBLICATIONS CITED BY OTHERS |
| --- |

**PUBLICATIONS** (Journal Articles)

Freeman, S. J. & **Francis, P. C.** (2006). Casuistry: A complement to principle ethics and a foundation for ethical decisions. *Counseling and Values, 50*(2), 142-153.

Cited in:

Urofsky, R. I., Engles, D. W., & Engebretson, K. (2008). Kitchener's principle ethics: Implicaitons for counseling practice and research. *Counseling and Values. Special Issue: Values in Counseling Research 53*(1), 67-78.

Sink, C. A. (2006). Nurturing interfaith dialogue and cooperation within the counseling context. *Counseling and Values 50*(2), 82-83.

**Francis, P. C.** (2003). Developing ethical institutional policies and procedures for working with suicidal students on a college campus. *Journal of College Counseling, 6*(2), 114-123.

Cited in:

Lamis, D. A., Ellis, J. B., Chumney, F. L., & Dula, C. S. (2009). Reasons for living and alcohol use among college students. *Death Studies 33*(3), 277-286.

Schwartz, L. J., & Friedman, H. A. (2009). College student suicide. *Journal of college student psychotherapy 23*(2), 78-102.

Tompkins, T. L. & Witt, J. (2009). The short-term effectiveness of a suicide prevention gatekeeper traning program in a college setting with residence life advisers. *The Journal of Primary Prevention 30*(2), 131-142

Foley, S. (2007). Student suicide on campus. *Magis: The Jesuit Journal of Student Development 1*, 9-14. (On-line Journal of the College of Education, Student Development Association, Seattle University.)

Sharkin, B. S., (2007). Against their will? Counseling mandated students. In J. A. Lippincott & R. B. Lippincott (Eds.), *Special populations in college counseling: A handbook for mental health professionals.* Alexandria, VA: American Counseling Association.

Bigard, M. F. & Rapaport, R. J. (2006). Therapeutic community principles guide systemic responses to student self-injurious behavior. *Journal of College Counseling, 9*(1), 79-89.

Constantine, M. G., & Flores, L. Y. (2006). Psychological distress, perceived family conflict, and career development issues in college students of color. *Journal of Career Assessment, 14*, 354-369.

**Francis, P. C.** & Stacks, J. (2003). The association between spiritual well-being and clergy sexual misconduct. *Journal of Religion and Abuse: Advocacy, Pastoral Care, and Prevention, 5*, 79-100.

Cited in:

Burkholder, M. A. (2006). *The relationship between job satisfaction and clergy sexual misconduct.* Unpublished master's thesis, Lancaster Bible College, Lancaster, Pennsylvania.

**Francis, P. C.** & Baldo, T. D. (1998). Narcissistic measures of Lutheran clergy who self-reported committing sexual misconduct. *Pastoral Psychology, 47,* 81-96.

    Cited in:

        Burkholder, M. A. (2006). *The relationship between job satisfaction and clergy sexual misconduct.* Unpublished master's thesis, Lancaster Bible College, Lancaster, Pennsylvania.

        Granzevoort, R. R. (2006, May). *Masculinity and post-traumatic spirituality.* Paper presented at the international colloquium on Christian Religious Education in Coping with Sexual Abuse, Montreal, Canada.

        Lee, M. K. (2004). The relationship between narcissism and clergy functioning (Doctoral dissertation, Fuller Theological Seminary, School of Psychology, 2004). *Dissertation Abstracts International-B, 65/03,* 1552.

        Lothstein, L. M. (2004). Men of the flesh: The evaluation and treatment of sexually abusing priests. *Studies in Gender & Sexuality, 5,* 167-195.

        Zondag, H. J. (2004). Just like other people: Narcissism among pastors. *Pastoral Psychology, 52,* 423-437.

        McCall, D. (2002). Sex and the clergy. *Sexual Addiction & Compulsivity, 9,* 89-96.

Softas-Nall, B. & **Francis, P. C.** (1998a). A Case Study: A solution focused approach to a family with a suicidal member. *The Family Journal: Counseling and Therapy for Couples and Families, 6*(3), 226-230.

    Cited in:

    de Castro, S & Guterman, J. T. (2008). Solution-focused therapy for families coping with suicide. *Journal of Marital & Family Therapy 34*(1), 93-106.

    McGlothlin, J. M., (2008). Developing clinical skills in suicide assessment, prevention, and treatment. Alexandria, VA.: American Counseling Association.

    Sharry, J., Darmody, M., & Madden, B. (2008). A solution focused approach. In S. Palmer (Ed.) *Suicide: Strategies and Interventions for Reduction and prevention* (pp. 184-202). New York: Routledge/Taylor & Francis Group.

    Guterman, J. T., (2006). *Mastering the art of solution-focused counseling*. Alexandria, VA.: American Counseling Association.

    McGolthin, J. M., (2006). Assessing Perturbation and Suicide in Families. *The Family Journal: Counseling and Therapy for Couples and Families, 14*(2), 129-134.

    Greene, G. J., Lee, M., Track, R., & Rheinscheld, J. (2005) How to work with clients' strength in crisis intervention: A solution-focused approach. In A. R. Roberts (Ed.) *Crisis intervention handbook: Assessment, treatment, and research* (pp. 64-89). New York: Oxford University Press.

    O'Halloran, M. S., Ingala, A. M., & Copeland, E. P. (2005). Crisis intervention with early adolescents who have suffered a significant loss. In A. R. Roberts (Ed.) *Crisis intervention handbook: Assessment, treatment, and research* (pp. 362-394). New York: Oxford University Press.

Baldo, T. D., Saftas-Nall, B., & Petrogiannis, K. (2004). Suicide assessment: A solution focused approach. *Awareness: Journal of the Colorado Counseling Association,* Fall.

Sharry, J., Darmody, M., & Madden, B. (2002). A solution-focused approach to working with clients who are suicidal. British Journal of Guidance & Counselling, 30, 383-399.

Softas-Nall, B. & **Francis, P. C.** (1998). A solution focused approach to suicide assessment and intervention with families. *The Family Journal: Counseling and Therapy for Couples and Families, 6,* 64-66.

Softas-Nall, B. & **Francis, P. C.** (1998b). A solution focused approach to suicide assessment and intervention with families. *The Family Journal: Counseling and Therapy for Couples and Families, 6*(1), 64-66.

Cited in:

de Castro, S & Guterman, J. T. (2008). Solution-focused therapy for families coping with suicide. *Journal of Marital & Family Therapy 34*(1), 93-106.

McGlothlin, J. M., (2008). Developing clinical skills in suicide assessment, prevention, and treatment. Alexandria, VA.: American Counseling Association.

Sharry, J., Darmody, M., & Madden, B. (2008). A solution focused approach. In S. Palmer (Ed.) *Suicide: Strategies and Interventions for Reduction and prevention* (pp. 184-202). New York: Routledge/Taylor & Francis Group.

Guterman, J. T., (2006). Mastering the art of solution-focused counseling. Alexandria, VA.: American Counseling Association.

McGlothlin, J. M., (2006). Assessing perturbation and suicide in families. *The Family Journal: Counseling and Therapy for Couples and Families, 14*(2), 129-134.

Greene, G. J., Lee, M., Trask, R., & Rheinscheld (2005). How to work with clients' strengths in crisis intervention: A solution-focused approach. . In A. R. Roberts (Ed.), *Crisis intervention handbook: Assessment, treatment, and research, (3rd ed)* (pp. 64-89). New York: Oxford University Press.

O'Halloran, M. S., Ingala, A. M., & Copeland, E. P., (2005). Crisis intervention with early adolescents who have suffered a significant loss. In A. R. Roberts (Ed.), *Crisis intervention handbook: Assessment, treatment, and research, (3rd ed)* (pp. 362-394). New York: Oxford University Press.

Baldo, T. D., Saftas-Nall, B., & Petrogiannis, K. (2004). Suicide assessment: A solution focused approach. *Awareness: Journal of the Colorado Counseling Association,* Fall.

Sharry, J., Darmody, M., & Madden, B. (2002). A solution-focused approach to working with clients who are suicidal. British Journal of Guidance & Counselling, 30, 383-399.

**Francis, P. C.** & Turner, N. R. (1995). Sexual misconduct within the Christian Church:  Who are the perpetrators and those they victimize? *Counseling and Values, 39,* 218-227.

Cited in:

Flynn, K. A. (2008).  In their own voices: women who were sexual abused by members of the clergy. *Journal of Child Sexual Abuse 17*(3-4), 216-237.

Fogler, J. M., Shipherd, J. C., Rowe, E., Jensen, J., & Clarke, S. (2008).  A theoretical
    foundation for understanding clergy-perpetrated sexual abuse.  *Journal of Child Sexual
    Abuse 17*(3-4), 301-328.

Thomas, E. K., White, K., & Sutton, G. W., (2008a). Religious leadership failure: forgiveness,
    apology, and restitution. *Journal of Spirituality in Mental Health 10*(4), 308-327.

Thomas, E. K., White, K., & Sutton, G. W., (2008b). Clergy apologies following abuse: What
    makes a difference? Exploring forgiveness, apology, responsibility taking, gender, and
    restoration. *Journal of Psychology and Christianity 27*(1), 16-29.

Sullivan, J. & Beech, A. (2006). Perpetrators within the professions. In C. Hilarski & J.
    Wodarski (Eds.), *Comprehensive mental health practice with sex offenders and their
    families* (pp. 101-132). New York, NY: Haworth Press.

Plante, T. G. (2006). Pedophile priests: What do we know about Catholic clergy who sexually
    victimize minors?  In T. G. Plante (Ed.), *Mental disorders of the new millennium:
    Behavioral issues (Vol. 1)* (pp. 227-244). Westport, CT:  Praeger Publishers/Greenwood
    Publishing Group.

Herzburn, M. B. (2005). Thou shalt not covet sexual misconduct in the rabbinate. *Journal of
    Religion and Abuse, 7*(1), 5-34.

Gregoire, J. & Jungers, C. (2004). Sexual addiction and compulsivity among clergy: How
    spiritual directors can help in the context of seminary education. *Sexual Addiction &
    Compulsivity, 11,* 71-81.

Loftus, J. A. (2004). What have we learned? Implication for formation and further research. In
    T. G. Plante (Ed.), *Sins against the innocents: Sexual abuse by priests and the role of the
    Catholic church* (pp. 85-96). Westport, CT:  Praeger Publishers.

Meek, K. R., McMinn, M. R., & Burnett, T. (2004). Sexual ethics training in seminary:
    Preparing students to manage feelings of sexual attraction. *Pastoral Psychology, 53*, 63-
    79.

Plante, T. G. (2004). Introduction. In T. G. Plante (Ed.), *Sins against the innocents: Sexual
    abuse by priests and the role of the Catholic church* (pp. xvii-xxvii). Westport, CT:
    Praeger Publishers.

Plante, T. G. (2004). Conclusions: What do we know and where do we go? In T. G. Plante
    (Ed.), *Sins against the innocents: Sexual abuse by priests and the role of the Catholic
    church* (pp. 184-193). Westport, CT:  Praeger Publishers.

Plante, T. G. & Daniels, C. (2004). The sexual abuse crisis in the Roman Catholic church: What
    psychologists and counselors should know. *Pastoral Psychology 52*, 381-393.

Doyle, T. P. (2003). Roman Catholic clericalism, religious duress, and clergy sexual abuse.
    *Pastoral Psychology 51*(3), 189-231.

Francis, P. C. & Stacks, J. (2003). The association between spiritual well-being and clergy
    sexual misconduct. *Journal of Religion and Abuse: Advocacy, Pastoral Care, and
    Prevention, 5*, 79-100.

Plante, T. G. (2003). Priest behaving badly: What do we know about priest sex. *Sexual
    Addiction & Compulsivity, 10*, 93-97.

Sullivan, J. & Beech, A. (2002). Professional perpetrators: Sex offenders who use their employment to target and sexually abuse the children with whom they work. *Child Abuse Review, 11,* 153-167.

Piedmont, R. L. (1999). Strategies for using the five-factor model of personality in religious research. *Journal of Psychology &Theology, 27,* 338-350.

Robertson, D. L. (1999). Unconscious displacement in college teacher and student relationships: Conceptualizing, identifying, and managing transference. *Innovative Higher Education 23*(3), 151-169.

Francis, P. C. & Baldo, T. D. (1998). Narcissistic measures of Lutheran clergy who self-reported committing sexual misconduct. *Pastoral Psychology, 47,* 81-96.

**PUBLICATIONS** (Book Chapters/Case Studies)

**Francis, P. C.** (2009). Religion & spirituality in counseling. In M. A. Stebnicki & I. Marini (Eds.) *Professional Counselor's Desk Reference.* New York: Springer Publishing Co.

Cited in:

Corey, G., Corey, M. S., & Callanan, P. (in press). *Issues and ethics in the helping professions (8th ed).* Belmont, CA: Thomson-Brooks/Cole.

**Francis, P. C.** (2000). Practicing ethically as a college counselor. In D.C. Davis & K.M. Humphrey (Eds.), *College counseling: Issues and strategies for a new millennium.* Alexandria, VA: ACA.

Cited in:

Sharkin, B. S., (2007). Against their will? Counseling mandated students. In J. A. Lippincott & R. B. Lippincott (Eds.), *Special populations in college counseling: A handbook for mental health professionals.* Alexandria, VA: American Counseling Association.

Sharkin, B. S., (2006). *College Students in Distress: A Resource Guide for Faculty, Staff, and Campus Community.* New York: Haworth Press

Francis, P. C. (2003). Developing ethical policies and procedures for working with suicidal students on a college campus. *Journal of College Counseling, 6,* 114-123.

Coulter, L. P., Offutt, C. A., & Mascher, J. (2003). Counseling center management of after-hours crises: Practice and problems. *Journal of College Student Psychotherapy, 18,* 11-34.

Berger, C., Angera, J. J., Rawls, D. T., Rapaport, R. J., Bartels, E., & Black, R. J. (2002). College counseling centers with counselors in private practice: Guidelines to negotiate ethical challenges. *Journal of College Counseling 5*(2), 99-104.