UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULEA WARD,

      Plaintiff,

vs.
                                  Case No. 09-CV-11237
                                  HON. GEORGE CARAM STEEH

ROY WILBANKS, et al.,

      Defendant.

_____/

### ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION (# 9) ON CONSOLIDATING THE MOTION WITH TRIAL, AND AMENDED SCHEDULING ORDER

The court held a status conference in chambers on November 4, 2009, prompted by the defendants' recent filing of motions for dismissal/summary judgment, and the plaintiff's filing of a Rule 56(f) motion. A hearing on plaintiff's April 21, 2009 motion for a preliminary injunction is currently scheduled for December 14, 2009. At the conference, counsel for both plaintiff and the defendants contemplated filing additional dispositive motions before the December 14, 2009 hearing date. The court has determined that, for purposes of judicial economy, the dispositive motions should be heard before plaintiff's motion for a preliminary injunction, and that plaintiff's motion for a preliminary injunction should be consolidated with a trial on the merits. Fed. R. Civ. P. 65(a)(2). Accordingly,

Plaintiff's April 21, 2009 motion for a preliminary injunction is hereby DENIED, without prejudice, consistent with the motion being consolidated with a trial on the merits. The court's June 1, 2009 Scheduling Order is hereby AMENDED to the extent that:

| | |
|---|---|
| Final Pretrial Order Due: | March 8, 2010 |
| Final Pretrial Conference: | March 15, 2010 @ 10:00 a.m. |
| Non-Jury Trial: | March 22, 2010 @ 9:00 a.m. |

SO ORDERED.

Dated: November 4, 2009

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 4, 2009, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk

---