UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULEA WARD,

        Plaintiff,

                                                Case No. 09-CV-11237

vs.                                          HON. GEORGE CARAM STEEH

ROY WILBANKS, et al.,

        Defendants.

_____/

### ORDER GRANTING IN PART DEFENDANTS WILBANKS', CLACK'S, HAWKS', INCARNATI'S, OKDIE'S, PARKER'S, SEDLIK'S, STAPLETON'S, MARTIN'S, AND POLITE'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT (# 23) AND DENYING PLAINTIFF'S RULE 56(f) MOTION FOR RELIEF FROM DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (# 38)

For the reasons set forth on the record at a January 28, 2010 hearing, defendants' motion for summary judgment as to ten of the defendants, due to lack of a substantial role in plaintiff Julea Ward's dismissal from Eastern Michigan University's ("EMU") Counseling Practicum course, is hereby GRANTED, IN PART, as to defendants EMU Regents Wilbanks, Clack, Hawks, Incarnati, Okdie, Parker, Sedlik, and Stapleton, and EMU President Dr. Martin.  These defendants are hereby DISMISSED from this lawsuit, without prejudice.  Defendants' motion for summary judgment as to ten of the defendants is hereby DENIED, IN PART, as to defendant EMU Dean of the College of Education Dr. Polite.  Plaintiff Ward's Rule 56(f) motion for relief from defendants' motion for summary judgment as to ten of the defendants is hereby DENIED.

        SO ORDERED.

Dated:  February 1, 2010

                                              s/George Caram Steeh_____
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 1, 2010, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk