# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **Julea Ward**,<br><br>    Plaintiff,<br><br>vs.<br><br>**Roy Wilbanks**, *et al.*,<br><br>    Defendants. | Case No. 2:09-cv-11237-GCS-PJK<br><br>Judge George Caram Steeh<br><br>**ORDER<br>GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE DUE TO UNAVAILABILITY OF EXPERT WITNESS** |

Upon this Court's thorough review of the Plaintiff's Unopposed Motion for Continuance Due to Unavailability of Expert Witness, and with full consideration of all matters brought before this Court regarding the motion,

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED.  The final pretrial conference is re-set for January 17, 2013 at 9:00 a.m.  The jury trial is rescheduled for January 29, 2013 at 9:00 a.m.

s/George Caram Steeh
United States District Judge

Dated:  September 27, 2012