# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

**Julea Ward**,

      Plaintiff,

vs.

The Members of the Board of Control of
Eastern Michigan University—**Roy Wilbanks,
Floyd Clack, Gary D. Hawks, Philip A.
Incarnati, Mohamed Okdie, Francine
Parker, Thomas W. Sidlik**, and **James F.
Stapleton**—all in their individual and official
capacities; **Dr. Susan Martin**, in her
individual and official capacities as President
of Eastern Michigan University; **Dr. Vernon
Polite**, in his individual and official capacities
as Dean of the College of Education at Eastern
Michigan University; **Dr. Irene Ametrano**, in
her individual and official capacities as
Professor of Counseling at Eastern Michigan
University; **Dr. Perry Francis**, in his
individual and official capacities as Associate
Professor of Counseling at Eastern Michigan
University; **Dr. Gary Marx**, in his individual
and official capacities as Assistant Professor of
Educational Leadership at Eastern Michigan
University; **Paula Stanifer**, in her individual
and official capacities as Student Member of
the Formal Review Committee; **Dr. Yvonne
Callaway**, in her individual and official
capacities as Professor of Counseling at
Eastern Michigan University; **Dr. Suzanne
Dugger**, in her individual and official
capacities as Professor of Counseling at
Eastern Michigan University,

      Defendants.

Case #09-11237

Hon. George Caram Steeh
Magistrate Judge Paul J. Komives

---

## STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE

The above-named parties, by and through their respective attorneys, stipulate to an Order of Dismissal With Prejudice and on the merits of the above-entitled proceeding, and all of the Plaintiff's causes of action and claims for relief in said proceeding.

The parties further stipulate and agree that they have completely settled and resolved all claims for costs, disbursements, and attorney's fees regarding this proceeding and that no additional costs, disbursements or attorney's fees can be awarded by the Court.

The parties further stipulate that the Court may forthwith execute and enter the Order of Dismissal with Prejudice attached hereto.  This Order resolves the last pending claim and closes the case.


Respectfully submitted:


ALLIANCE DEFENDING FREEDOM                    MILLER, CANFIELD, PADDOCK & STONE, P.L.C.

S/JEREMY D. TEDESCO  W/CONSENT                 S/ RICHARD J. SERYAK
AZ BAR NO. 023497                              P26152
ATTORNEYS FOR PLAINTIFF                        ATTORNEYS FOR DEFENDANTS
(480) 444-0020                                  (313) 963-6420

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

**Julea Ward**,

      Plaintiff,

vs.

The Members of the Board of Control of
Eastern Michigan University—**Roy Wilbanks,
Floyd Clack, Gary D. Hawks, Philip A.
Incarnati, Mohamed Okdie, Francine
Parker, Thomas W. Sidlik**, and **James F.
Stapleton**—all in their individual and official
capacities; **Dr. Susan Martin**, in her
individual and official capacities as President
of Eastern Michigan University; **Dr. Vernon
Polite**, in his individual and official capacities
as Dean of the College of Education at Eastern
Michigan University; **Dr. Irene Ametrano**, in
her individual and official capacities as
Professor of Counseling at Eastern Michigan
University; **Dr. Perry Francis**, in his
individual and official capacities as Associate
Professor of Counseling at Eastern Michigan
University; **Dr. Gary Marx**, in his individual
and official capacities as Assistant Professor of
Educational Leadership at Eastern Michigan
University; **Paula Stanifer**, in her individual
and official capacities as Student Member of
the Formal Review Committee; **Dr. Yvonne
Callaway**, in her individual and official
capacities as Professor of Counseling at
Eastern Michigan University; **Dr. Suzanne
Dugger**, in her individual and official
capacities as Professor of Counseling at
Eastern Michigan University,

      Defendants.

Case #09-11237

Hon. George Caram Steeh
Magistrate Judge Paul J. Komives

---

## ORDER OF DISMISSAL WITH PREJUDICE

Having been duly advised that the parties have resolved the above-captioned matter, have settled all claims for damages, costs, disbursements and attorney fees, and have agreed to entry of an order dismissing with prejudice all claims asserted by the Plaintiff against Defendants, and the Court being otherwise fully advised in the premises:

NOW THEREFORE IT IS HEREBY ORDERED that all claims asserted in this case by Plaintiff against Defendants are hereby DISMISSED with prejudice and on the merits.

IT IS FURTHER ORDERED that no costs, disbursement or attorney's fees shall be awarded now or in the future to any party.

IT IS FURTHER ORDERED that this ORDER resolves the last pending claim and closes the case.

IT IS SO ORDERED.


                                        s/George Caram Steeh
                                        United States District Judge

Dated:  December 10, 2012